UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 7 |
| Harvey Goldman & Company, | Case No. 10-62501 |
|     Debtor. _____/ | Hon. Phillip J. Shefferly |
| Stuart A. Gold, Trustee of the Chapter 7 Bankruptcy Estate of Harvey Goldman & Company, | Adversary Proceeding No. 11-04829-PJS |
|     Plaintiff, | |
| v. | |
| Yitzchok Rubin, | |
|     Defendant. _____/ | |

### ORDER GRANTING IN PART DEFENDANT'S MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

On August 24, 2011, the Court issued an opinion granting in part Defendant's motion for Plaintiff's failure to state a claim upon which relief can be granted (docket entry no. 25). For the reasons explained in that opinion,

**IT IS HEREBY ORDERED** that the Defendant's motion to dismiss that portion of the Plaintiff's complaint that seeks to recover as a preferential transfer a payment in the amount of $22,000.00 is granted.

**IT IS FURTHER ORDERED** that this adversary proceeding will continue with respect to the remaining relief sought in Plaintiff's complaint against the Defendant.

.

**Signed on August 24, 2011**

                                             /s/ Phillip J. Shefferly
                                       Phillip J. Shefferly
                                       United States Bankruptcy Judge